1  Jack P. Burden, Esq.
   Nevada State Bar No. 6918
2  Jamie L. Clark, Esq.
   Nevada Bar No. 16687
3  **BACKUS | BURDEN**
   3050 South Durango Drive
4  Las Vegas, NV 89117
5  (702) 872-5555
   (702) 872-5545
6  jburden@backuslaw.com
   jamieclarkbackuslaw.com
7  Attorneys for Defendant,
   *Albertson's LLC*
8

9                    **UNITED STATES DISTRICT COURT**

10                         **DISTRICT OF NEVADA**

11  ROSE E. TORREZ, as an individual          ) Case No.: 2:25-cv-00893-RFB-DJA
                                              )
12              Plaintiff,                    )
13      vs.                                   ) **STIPULATION AND ORDER TO EXTEND**
                                              )     **DISCOVERY DEADLINES**
14  ALBERTSON'S, LLC, a foreign limited       )           **(First Request)**
    liability company; DOES I through X;      )
15  DOE EMPLOYEES I through X; ROE            )
    MAINTENANCE COMPANIES; and                )
16  ROE CORPORATIONS I through X,             )
    inclusive,                                )
17              Defendants.                   )
18

19      Plaintiff, Rose E. Torrez, by and through her attorneys, Jacob S. Smith, Esq., and Stephen J.

20  Mendenhall, Esq. of the law firm Henness & Haight and Defendant ALBERTSON'S LLC,

21  ("Defendant"), by and through its counsel Jack P. Burden, Esq., and Jamie L. Clark, Esq., of the

22  law firm of BACKUS | BURDEN; pursuant to LR 6-1 and LR 26-3, and for good cause, hereby

23  stipulate and agree to an extension of discovery deadlines based on the following representations:

24  **A.      Discovery Completed:**

25      1.      Plaintiff has provided disclosures and supplemental disclosures pursuant to FRCP

26              26.1;
27
28

2. Defendant has provided disclosures and supplemental disclosures pursuant to FRCP 26.1;

3. Plaintiff has served her First Set of Requests for Production of Documents to Defendant;

4. Defendant has served its First Set of Interrogatories and Requests for Production of Documents to Plaintiff;

5. Defendant has responded to Plaintiff's First Set of Requests for Production of Documents;

B. **Discovery that remains to be completed:**

1. Plaintiff to respond to Defendant's First Set of Interrogatories and Requests for Production of Documents (due October 3, 2025);

2. Plaintiff's First Set of Interrogatories and Requests for Admissions, if necessary;

3. Defendant's First Set of Requests for Admissions, if necessary;

4. Defendant to take Plaintiff's deposition (scheduled for October 16, 2025);

5. Plaintiff to conduct a site inspection, if necessary;

6. Defendant to subpoena and obtain Plaintiff's medical records;

7. Depositions of FRCP 30(b)(6) witness(es) of Defendant;

8. Designation of initial and rebuttal expert witnesses, as needed;

9. Deposition(s) of the parties' expert witnesses and rebuttal expert witnesses, if necessary;

10. Deposition(s) of relevant witnesses, percipient and medical, if necessary; and

11. Any and all remaining discovery to be determined by the parties as needed.

C. **Reasons that Discovery has not yet been completed are:**

The parties are actively working to conduct and complete discovery. The parties have

2

worked diligently to coordinate Plaintiff's deposition, but due to scheduling constraints, it was set for October 16, 2025, a date mutually available to all parties and coinciding with the deadline for initial expert disclosures. Plaintiff also intends to depose Defendant's Rule 30(b)(6) witness(es). In light of these circumstances, the parties would like additional time to complete depositions and adequately prepare for initial expert disclosures. The parties respectfully submit that the above and foregoing constitute good cause for the extension of the discovery deadlines by sixty (60) days.

| Scheduled Event | Current Deadlines | Proposed Deadline |
|---|---|---|
| Discovery Cut-off [LR 26 1(b)(1)] | January 13, 2026 | **March 15, 2026** |
| Final date to file motions to amend pleadings or add parties [LR 26-1(b)(2)] | October 16, 2025 | **December 15, 2025** |
| Initial Expert Disclosure pursuant to FRCP 26 (a)(2) | October 16, 2025 | **December 15, 2025** |
| Rebuttal Expert Disclosure pursuant to FRCP 26(a)(2) | November 17, 2025 | **January 16, 2026** |
| Dispositive Motions [LR 26-1(b)(4)] | ~~30 days after the discovery cut-off date~~ February 12, 2026 | ~~TBD by Trial Date~~ April 15, 2026 |
| Joint Pretrial Order | March 16, 2026 | May 15, 2026 |

If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after the decision on the dispositive motions or further court order.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

3

D.  **Current trial date:**

A date for this trial has not been set.

WHEREFORE, the parties hereto respectfully request this honorable Court to adopt the foregoing stipulation of the parties.

**IT IS SO AGREED.**

DATED: __Oct. 2__, 2025                              DATED: __Oct. 2__, 2025

**HENNESS & HAIGHT**                                 **BACKUS | BURDEN**

By: /s/ Stephen J. Mendenhall                        By: /s/ Jamie Clark
Jacob S. Smith, Esq.                                 Jack P. Burden, Esq.
Nevada Bar No. 10231                                 Nevada State Bar No. 6918
Stephen J. Mendenhall, Esq.                          Jamie L. Clark, Esq.
Nevada Bar No. 15286                                 Nevada Bar No. 16687
8972 W. Spanish Ridge Avenue                         3050 South Durango Drive
Las Vegas, Nevada 89148                              Las Vegas, NV 89117
*Attorneys for Plaintiff Rose E. Torrez*             *Attorneys for Defendant Albertson's LLC*

### *ORDER - 2:25-cv-00893-RFB-DJA*

IT IS SO ORDERED subject to the Court's modification above to include a concrete dispositive motion deadline.

DATED: 10/6/2025

_____
UNITED STATES MAGISTRATE JUDGE

DATED: Oct. 2, , 2025                                Respectfully Submitted,
                                                     **BACKUS | BURDEN**

                                                 By: _____/s/ Jack P. Burden_____
                                                     Jack P. Burden, Esq
                                                     Jamie L. Clark, Esq.
                                                     3050 South Durango Drive
                                                     Las Vegas, NV 89117
                                                     Attorneys for Defendant *Albertson's LLC*

                                                     <StephenM@hennessandhaight.com>
                                                     *Sent: Thursday, October 2, 2025 2:47 PM*
                                                     *To: Jamie Clark <jamieclark@backuslaw.com>;*
                                                     *Katri Ching <kching@backuslaw.com>; Kelley*
                                                     *Huff <Kelley@hennessandhaight.com>; Jake Smith*
                                                     *<Jake@hennessandhaight.com>;*

4

*RoseETorrezZ11750992@hennessandhaight.filevineapp.com*
*Cc: Anne Raymundo <anneraymundo@backuslaw.com>; Jack Burden <jackburden@backuslaw.com>*
*Subject: RE: Albertsons adv. Torrez - Plaintiff Torrez SAO 60 Day Discovery Extension*

*You may affix my e-signature.*

*Thank you Jaime.*

5

# CERTIFICATE OF SERVICE

I am a resident of and employed in Clark County, Nevada. I am over the age of 18 years and not a party to the within action. My business address is: 3050 South Durango Drive, Las Vegas, Nevada, 89117.

On ___Oct. 2___, 2025, I served this document on the parties listed on the attached service list via one or more of the methods of service described below as indicated next to the name of the served individual or entity by a checked box:

**VIA U.S. MAIL:** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada. I am "readily familiar" with the firm's practice of collection and processing correspondence by mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage fully prepaid at Las Vegas, Nevada in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

**VIA FACSIMILE:** by transmitting to a facsimile machine maintained by the attorney or the party who has filed a written consent for such manner of service.

**BY PERSONAL SERVICE:** by personally hand-delivering or causing to be hand delivered by such designated individual whose particular duties include delivery of such on behalf of the firm, addressed to the individual(s) listed, signed by such individual or his/her representative accepting on his/her behalf. A receipt of copy signed and dated by such an individual confirming delivery of the document will be maintained with the document and is attached.

**BY E-MAIL:** by transmitting a copy of the document in the format to be used for attachments to the electronic-mail address designated by the attorney or the party who has filed a written consent for such manner of service.

**BY ELECTRONIC MEANS:** by electronically filing and serving with the court's vendor.

| ATTORNEYS OF RECORD | PARTIES REPRESENTED | METHOD OF SERVICE |
|---|---|---|
| Jacob S. Smith, Esq. – NSB 10231<br>Stephen J. Mendenhall, Esq. NSB 15286<br>HENNESS & HAIGHT<br>8972 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148<br>T: (702) 862-8200 - F: (702) 862-8204<br>StephenM@hennessandhaight.com | Plaintiff | ☐ Personal service<br>☐ Email service<br>☐ Fax service<br>☐ Mail service<br>☒ Electronic Means |

I declare that under penalty of perjury under the laws of the State of Nevada that the above is true and correct. I further declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

                                                /s/    Anne Raymundo
                                                An employee of BACKUS | BURDEN