Jack P. Burden, Esq.
Nevada State Bar No. 6918
Jamie L. Clark, Esq.
Nevada Bar No. 16687
**BACKUS | BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
(702) 872-5555
(702) 872-5545
jburden@backuslaw.com
jamieclarkbackuslaw.com
Attorneys for Defendant,
*Albertson's LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROSE E. TORREZ, as an individual | ) **Case No.: 2:25-cv-00893-RFB-DJA** |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) **STIPULATION AND ORDER TO EXTEND** |
| | ) **DISCOVERY DEADLINES** |
| ALBERTSON'S, LLC, a foreign limited | ) **(Third Request)** |
| liability company; DOES I through X; | ) |
| DOE EMPLOYEES I through X; ROE | ) |
| MAINTENANCE COMPANIES; and | ) |
| ROE CORPORATIONS I through X, | ) |
| inclusive, | ) |
| Defendants. | ) |

Plaintiff, Rose E. Torrez, by and through her attorneys, Jacob S. Smith, Esq., and Stephen J. Mendenhall, Esq. of the law firm Henness & Haight and Defendant ALBERTSON'S LLC, ("Defendant"), by and through its counsel Jack P. Burden, Esq., and Jamie L. Clark, Esq., of the law firm of BACKUS | BURDEN; pursuant to LR 6-1 and LR 26-3, and for good cause, hereby stipulate and agree to an extension of discovery deadlines based on the following representations:

**A.    Discovery Completed:**

1.    Plaintiff has provided disclosures and supplemental disclosures pursuant to FRCP 26.1;

2. Defendant has provided disclosures and supplemental disclosures pursuant to FRCP 26.1;

3. Plaintiff has served her First Set of Requests for Production of Documents to Defendant;

4. Defendant has served its First Set of Interrogatories and Requests for Production of Documents to Plaintiff;

5. Defendant has responded to Plaintiff's First Set of Requests for Production of Documents;

6. Plaintiff to responded to Defendant's First Set of Interrogatories and Requests for Production of Documents

7. Plaintiff has served her First Set of Interrogatories and Second Set of Requests for Production of Documents to Defendant;

8. Defendant took Plaintiff's deposition.

9. Defendant has responded to Plaintiff's First Set of Interrogatories and Second Set of Requests for Production of Documents to Defendant.

**B.    Discovery that remains to be completed:**

1. Plaintiff's First Set of Requests for Admissions, if necessary;

2. Defendant's First Set of Requests for Admissions, if necessary;

3. Plaintiff to conduct a site inspection, if necessary;

4. Defendant to subpoena and obtain Plaintiff's medical records;

5. Depositions of FRCP 30(b)(6) witness(es) of Defendant;

6. Designation of initial and rebuttal expert witnesses, as needed;

7. Deposition(s) of the parties' expert witnesses and rebuttal expert witnesses, if necessary;

8. Deposition(s) of relevant witnesses, percipient and medical, if necessary; and

9.    Any and all remaining discovery to be determined by the parties as needed.

**C.    Reasons that Discovery has not yet been completed are:**

The parties are actively working to conduct and complete discovery. Plaintiff requested the identities of four employees who were working at the time of the subject incident on June 17, 2023. Due to the extremely busy holiday season and the passage of approximately 2.5 years, it took Defendant substantial time to identify the employees. Plaintiff intends to depose one or more of these employees and has requested their contact information and employee files. Defendant very recently produced the employees' last known addresses, as all of the identified individuals are former employees. Defendant has also very recently produced the requested employee files for all identified individuals, except for one, which it is still working to produce.  In light of these circumstances, the parties would like additional time for Defendant to produce the remaining employee file and for Plaintiff to attempt to locate the individual(s) she would like to depose, while still permitting adequate preparation for initial expert disclosures. The parties respectfully submit that the above and foregoing constitute good cause for the extension of the discovery deadlines by sixty (60) days.

| Scheduled Event | Current Deadlines | Proposed Deadline |
|---|---|---|
| Discovery Cut-off [LR 26 1(b)(1)] | **May 14, 2026** | **July 13, 2026** |
| Final date to file motions to amend pleadings or add parties [LR 26-1(b)(2)] | **February 13, 2026** | **April 14, 2026** |
| Initial Expert Disclosure pursuant to FRCP 26 (a)(2) | **February 13, 2026** | **April 14, 2026** |
| Rebuttal Expert Disclosure pursuant to FRCP 26(a)(2) | **March 17, 2026** | **May 15, 2026** |
| Dispositive Motions [LR 26-1(b)(4)] | **June 15, 2026** | **August 14, 2026** |
| Joint Pretrial Order[1] | **July 14, 2026** | **September 11, 2026** |

BACKUS | BURDEN
3050 SOUTH DURANGO
LAS VEGAS, NEVADA 89117
TELE: (702) 872-5555    FAX: (702) 872-5545

[1] If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after the decision on the dispositive motions or further court order. *See* Stipulation and Order to Extend Discovery Deadlines

3

[LR 16-3(b)]

**D.    Current trial date:**

A date for this trial has not been set.

WHEREFORE, the parties hereto respectfully request this honorable Court to adopt the foregoing stipulation of the parties.

**IT IS SO AGREED.**

DATED: January 28_, 2026                                  DATED:  January  28, 2026
**HENNESS & HAIGHT**                                       **BACKUS | BURDEN**
By: /s/  Stephen J. Mendenhall                            By: /s/ Jamie L. Clark
Jacob S. Smith, Esq.                                      Jack P. Burden, Esq.
Nevada Bar No. 10231                                      Nevada State Bar No. 6918
Stephen J. Mendenhall, Esq.                               Jamie L. Clark, Esq.
Nevada Bar No. 15286                                      Nevada Bar No. 16687
8972 W. Spanish Ridge Avenue                              3050 South Durango Drive
Las Vegas, Nevada 89148                                   Las Vegas, NV 89117
*Attorneys for Plaintiff Rose E. Torrez*                  *Attorneys for Defendant Albertson's LLC*

**ORDER - 2:25-cv-00893-RFB-DJA**

*IT IS SO ORDERED.*

DATED: 1/30/2026

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: January  29, 2026
Respectfully Submitted
**BACKUS | BURDEN**
By:      s/ Jamie L. Clark
Jack P. Burden, Esq.
Jamie L. Clark, Esq.
Attorneys for Defendant *Albertson's*
                                          ,
*From: Stephen Mendenhall <StephenM@hennessandhaight.com>*
*Sent: Wednesday, January 28, 2026 2:55 PM*
*To: Jamie Clark <jamieclark@backuslaw.com>*
*Subject: RE: Albertsons adv. Torrez - employment files*
**Thank you Jaime. Yes, you may affix my e-signature.**

(First Request) (ECF 11).

4

**BACKUS | BURDEN**
3050 SOUTH DURANGO
LAS VEGAS, NEVADA 89117
TELE: (702) 872-5555   FAX: (702) 872-5545